NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF, OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

NEVILLE ASHERSON, SBN 73745
ANNA DARBINIAN, SBN 200828
LEON HAZANY, SBN 229063
ANISH VASHISTHA, SBN 244276
ASHERSON, KLEIN & DARBINIAN
9150 Wilshire Blvd., Suite 210
Beverly Hills, California 90212
Telephone: (310) 247-6070; Facsimile: (310) 278-8454

ATTORNEYS FOR:  Plaintiff

FILED

2008 JAN 29 PM 2: 44

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BELINDA POLONSKY DE LITCHI,

                                    Plaintiff(s),

v.

MICHAEL CHERTOFF, SECRETARY OF THE
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY, et al.

                                    Defendant(s)

CASE NUMBER

CV08-00584 RGK (AGRx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  BELINDA POLONSKY DE LITCHI
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary
interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible
disqualification or recusal.  (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| BELINDA POLONSKY DE LITCHI, | Plaintiff |

1/28/08
_____
Date

_____
Sign

Asherson, Klein & Darbinian by: Leon Hazany, Esq.
_____
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)