Neville Asherson, (SBN 73745)
Anna Darbinian, (SBN 200828)
Leon Hazany (SBN 229063)
Anish Vashistha, (SBN 244276)
ASHERSON, KLEIN & DARBINIAN
9150 Wilshire Blvd., Suite 210
Beverly Hills, California 90212
Telephone: (310) 247-6070
Facsimile: (310) 278-8454
Anish@Asherson.Net

Attorneys for Plaintiff,
   BELINDA POLONSKY DE LITCHI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA POLONSKY DE LITCHI )<br><br>)<br>Plaintiff, )<br>)<br>)<br> vs. )<br>)<br>MICHAEL CHERTOFF, SECRETARY, )<br>UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY; MICHAEL B. )<br>MUKASEY, ATTORNEY GENERAL OF )<br>THE UNITED STATES; EMILIO T. )<br>GONZALEZ, DIRECTOR, UNITED )<br>STATES CITIZENSHIP AND )<br>IMMIGRATION SERVICES; W. RALPH )<br>BASHAM, COMMISSIONER, UNITED )<br>STATES CUSTOMS AND BORDER )<br>PROTECTION; MAGDA S. ORTIZ, )<br>DIRECTOR, FREEDOM OF )<br>INFORMATION ACT/PRIVACY ACT )<br>BRANCH, UNITED STATES )<br>CITIZENSHIP AND IMMIGRATION )<br>SERVICES; T. DIANE CEJKA, )<br>NATIONAL RECORDS CENTER )<br>DIRECTOR, UNITED STATES )<br>CITIZENSHIP AND IMMIGRATION ) | CV NO. 08-00584 RGK (AGRx)<br><br>PROOF OF SERVICE OF SUMMONS<br>AND COMPLAINT AND PROOF OF<br>SERVICE BY UNITED STATES MAIL |

1    SERVICES; MARK HANSON, ACTING    )
2    DIRECTOR, FREEDOM OF    )
3    INFORMATION ACT DIVISION,    )
     UNITED STATES CUSTOMS AND    )
4    BORDER PROTECTION; SHARI    )
5    SUZUKI, CHIEF, FREEDOM OF    )
     INFORMATION ACT APPEALS,    )
6    POLICY AND LITIGATION BRANCH,    )
7    UNITED STATES CUSTOMS AND    )
     BORDER PROTECTION; AND UNITED    )
8    STATES DEPARTMENT OF    )
9    HOMELAND SECURITY,    )
                                       )
10                  Defendants.    )
11   _____    )

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

```
Anish Vashistha, Esq. (#244276)
ASHERSON KLEIN & DARBINIAN
9150 Wilshire Boulevard, Suite 210
Beverly Hills, CA 90212
(310) 247-6070

Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA POLONSKY DE LITCHI<br><br>Plaintiff(s)<br><br>v.<br><br>MICHAEL CHERTOFF<br><br>Defendant(s) | CASE NUMBER:<br><br>CV 08-00584 RGK (AGRx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

    a.  ☒ summons     ☒ complaint     ☐ alias summons     ☐ first amended complaint
    ☐ second amended complaint
    ☐ third amended complaint

    ☒ other *(specify)*: SEE ATTACHED LIST

2.  **Person served:**

    a.  ☒ Defendant *(name)*: MICHAEL CHERTOFF, Secretary, United States Department of

    b.  ☒ Other *(specify name and title or relationship to the party/business named)*:
    Homeland Security (Served Pat Myles, authorized to accept service)

    c.  ☒ Address where papers were served: 300 N. Los Angeles St., #4354, Los Angeles, CA 90012

3.  **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

    a.  ☒ Federal Rules of Civil Procedure

    b.  ☐ California Code of Civil Procedure

4.  **I served** the person named in Item 2:

    a.  ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

    1.  ☒ Papers were served on *(date)*: January 30, 2008    at *(time)*: 12:20 p.m.

    b.  ☐ By **Substituted service.** By leaving copies:

    1.  ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2.  ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3.  ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____

    4.  ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

    5.  ☐ **papers were mailed** on (date): _____

    6.  ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served: Pat Myles

   Title of person served: Legal Assistant

   Date and time of service: *(date):* January 30, 2008    at *(time):* 12:20 p.m.

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

Mauricio Gomez
Now Legal Service
1301 West 2nd Street, Suite 206
Los Angeles, CA 90026
(213) 482-1567
Registered L.A. County #5426

a. Fee for service: $ 39.50

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 5, 2008

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CONTINUATION OF DOCUMENTS SERVED

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF
ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;
NOTICE TO COUNSEL;CIVIL COVER SHEET; CLERKS OFFICE SERVICES
BROCHURE

```
Anish Vashistha, Esq. (#244276)
ASHERSON KLEIN & DARBINIAN
9150 Wilshire Boulevard, Suite 210
Beverly Hills, CA 90212
(310) 247-6070

Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA POLONSKY DE LITCHI<br><br>Plaintiff(s)<br><br>v.<br><br>MICHAEL CHERTOFF<br><br>Defendant(s) | CASE NUMBER:<br>CV 08-00584 RGK (AGRx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

    a.  ☒ summons    ☒ complaint    ☐ alias summons    ☐ first amended complaint
    ☐ second amended complaint
    ☐ third amended complaint

    ☒ other *(specify)*: SEE ATTACHED LIST

2.  **Person served:**

    a.  ☒ Defendant *(name)*: MICHAEL B. MUKASEY, Attorney General of the United States
    b.  ☒ Other *(specify name and title or relationship to the party/business named)*:
        Pat Myles, authorized to accept service of process
    c.  ☒ Address where papers were served: 300 N. Los Angeles St., #4354, Los Angeles, CA 90012

3.  **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

    a.  ☒ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  **I served** the person named in Item 2:

    a.  ☒ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

        1.  ☒ Papers were served on *(date)*: January 30, 2008    at *(time)*: 12:20 p.m.

    b.  ☐ By **Substituted service.** By leaving copies:

        1.  ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2.  ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3.  ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____

        4.  ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

        5.  ☐ **papers were mailed** on (date): _____

        6.  ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint)**.

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service)**.

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served: Pat Myles

   Title of person served: Legal Assistant

   Date and time of service: *(date):* January 30, 2008 ____ at *(time):* 12:20 p.m.

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

| | |
|---|---|
| Mauricio Gomez<br>Now Legal Service<br>1301 West 2nd Street, Suite 206<br>Los Angeles, CA 90026<br>(213) 482-1567<br>Registered L.A. County #5426 | a. Fee for service: $ 39.50<br><br>b. ☐ Not a registered California process server<br><br>c. ☐ Exempt from registration under B&P 22350(b)<br><br>d. ☒ Registered California process server |

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 5, 2008

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CONTINUATION OF DOCUMENTS SERVED

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF

ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;

NOTICE TO COUNSEL;CIVIL COVER SHEET; CLERKS OFFICE SERVICES

BROCHURE

Anish Vashistha, Esq. (#244276)
ASHERSON KLEIN & DARBINIAN
9150 Wilshire Boulevard, Suite 210
Beverly Hills, CA 90212
(310) 247-6070

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BELINDA POLONSKY DE LITCHI | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV 08-00584 RGK (AGRx) |
| v. | |
| MICHAEL CHERTOFF | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| Defendant(s) | |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

    a.  [X] summons      [X] complaint      [ ] alias summons      [ ] first amended complaint
                                                                   [ ] second amended complaint
                                                                   [ ] third amended complaint

    [X] other *(specify)*: SEE ATTACHED LIST

2.  **Person served:**

    a.  [X] Defendant *(name)*: EMILIO T. GONZALEZ, Director, United States Citizenship and

    b.  [X] Other *(specify name and title or relationship to the party/business named)*:
        Immigration Services (Served Pat Myles, authorized to accept service)

    c.  [X] Address where papers were served: 300 N. Los Angeles St., #4354, Los Angeles, CA 90012

3.  **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

    a.  [X] Federal Rules of Civil Procedure

    b.  [ ] California Code of Civil Procedure

4.  **I served** the person named in Item 2:

    a.  [X] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

        1.  [X] Papers were served on *(date)*: January 30, 2008      at *(time)*: 12:20 p.m.

    b.  [ ] By **Substituted service**. By leaving copies:

        1.  [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2.  [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3.  [ ] **Papers were served on** *(date)*: _____ at *(time)*: _____

        4.  [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

        5.  [ ] **papers were mailed** on (date): _____

        6.  [ ] **due diligence**. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                          PAGE 1

c. ☐ **Mail and acknowledgment of service**. By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint)**.

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service)**.

f. ☐ **Service on a foreign corporation**. In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service**. By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

    a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

      Name of person served: Pat Myles

      Title of person served: Legal Assistant

      Date and time of service: *(date)*: January 30, 2008    at *(time)*: 12:20 p.m.

    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

Mauricio Gomez                 a. Fee for service: $ 39.50
Now Legal Service
1301 West 2nd Street, Suite 206    b. ☐ Not a registered California process server
Los Angeles, CA 90026
(213) 482-1567                c. ☐ Exempt from registration under B&P 22350(b)
Registered L.A. County #5426
                                  d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 5, 2008                              _____

                                               *(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CONTINUATION OF DOCUMENTS SERVED

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF

ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;

NOTICE TO COUNSEL;CIVIL COVER SHEET; CLERKS OFFICE SERVICES

BROCHURE

Anish Vashistha, Esq. (#244276)
ASHERSON KLEIN & DARBINIAN
9150 Wilshire Boulevard, Suite 210
Beverly Hills, CA 90212
(310) 247-6070

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA POLONSKY DE LITCHI <br><br> Plaintiff(s) <br><br> v. <br><br> MICHAEL CHERTOFF <br><br> Defendant(s) | **CASE NUMBER:** <br> CV 08-00584 RGK (AGRx) <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

    a.  ☒ summons    ☒ complaint    ☐ alias summons    ☐ first amended complaint
                                                          ☐ second amended complaint
                                                          ☐ third amended complaint

    ☒ other *(specify)*: SEE ATTACHED LIST

2.  **Person served:**

    a.  ☒ Defendant *(name)*: W. RALPH BASHAM, Commissioner, United States Customs and
    b.  ☒ Other *(specify name and title or relationship to the party/business named)*:
            Border Protection (Served Pat Myles, authorized to accept service)
    c.  ☒ Address where papers were served: 300 N. Los Angeles St., #4354, Los Angeles, CA 90012

3.  **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

    a.  ☒ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  **I served** the person named in Item 2:

    a.  ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

        1.  ☒ Papers were served on *(date)*: January 30, 2008    at *(time)*: 12:20 p.m.

    b.  ☐ By **Substituted service**. By leaving copies:

        1.  ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2.  ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3.  ☐ **Papers were served on** *(date)*: _____    at *(time)*: _____

        4.  ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

        5.  ☐ **papers were mailed** on (date): _____

        6.  ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                    PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served: Pat Myles

   Title of person served: Legal Assistant

   Date and time of service: *(date)*: January 30, 2008 ___ at *(time)*: 12:20 p.m.

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

Mauricio Gomez
Now Legal Service
1301 West 2nd Street, Suite 206
Los Angeles, CA 90026
(213) 482-1567
Registered L.A. County #5426

a. Fee for service: $ 39.50

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 5, 2008

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CONTINUATION OF DOCUMENTS SERVED

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF

ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;

NOTICE TO COUNSEL;CIVIL COVER SHEET; CLERKS OFFICE SERVICES

BROCHURE

Anish Vashistha, Esq. (#244276)
ASHERSON KLEIN & DARBINIAN
9150 Wilshire Boulevard, Suite 210
Beverly Hills, CA 90212
(310) 247-6070

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA POLONSKY DE LITCHI | CASE NUMBER: |
| Plaintiff(s) | CV 08-00584 RGK (AGRx) |
| v. | |
| MICHAEL CHERTOFF | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

    a. ☒ summons ☒ complaint ☐ alias summons ☐ first amended complaint
    ☐ second amended complaint
    ☐ third amended complaint

    ☒ other *(specify)*: SEE ATTACHED LIST (Served MAGDA S. ORTIZ, Director, Freedom

2. **Person served:**

    a. ☒ Defendant *(name)*: of Information Act/Privacy Act Branch, United States

    b. ☒ Other *(specify name and title or relationship to the party/business named)*:
    Citizenship and Immigration Services (Served Pat Myles, auth. to accept)

    c. ☒ Address where papers were served: 300 N. Los Angeles St., #4354, Los Angeles, CA 90012

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

    a. ☒ Federal Rules of Civil Procedure

    b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

    a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

    1. ☒ Papers were served on *(date)*: January 30, 2008 at *(time)*: 12:20 p.m.

    b. ☐ By **Substituted service**. By leaving copies:

    1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3. ☐ Papers were served on *(date)*: _____ at *(time)*: _____

    4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

    5. ☐ **papers were mailed** on (date): _____

    6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

  Name of person served: Pat Myles

  Title of person served: Legal Assistant

  Date and time of service: *(date):* January 30, 2008 ____ at *(time):* 12:20 p.m. ____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

Mauricio Gomez
Now Legal Service
1301 West 2nd Street, Suite 206
Los Angeles, CA 90026
(213) 482-1567
Registered L.A. County #5426

a. Fee for service: $ 39.50

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 5, 2008

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CONTINUATION OF DOCUMENTS SERVED

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF

ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;

NOTICE TO COUNSEL;CIVIL COVER SHEET; CLERKS OFFICE SERVICES

BROCHURE

Anish Vashistha, Esq. (#244276)
ASHERSON KLEIN & DARBINIAN
9150 Wilshire Boulevard, Suite 210
Beverly Hills, CA 90212
(310) 247-6070

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA POLONSKY DE LITCHI | **CASE NUMBER:** |
| Plaintiff(s) | CV 08-00584 RGK (AGRx) |
| v. | |
| MICHAEL CHERTOFF | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

    a. ☒ summons  ☒ complaint  ☐ alias summons  ☐ first amended complaint
    ☐ second amended complaint
    ☐ third amended complaint

    ☒ other *(specify)*: SEE ATTACHED LIST (Served T. DIANE CEJKA, National Records Center

2. **Person served:**

    a. ☒ Defendant *(name)*: Director, United States Citizenship and Immigration

    b. ☒ Other *(specify name and title or relationship to the party/business named)*:
    Services (Served Pat Myles, authorized to accept service of process)

    c. ☒ Address where papers were served: 300 N. Los Angeles St., #4354, Los Angeles, CA 90012

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

    a. ☒ Federal Rules of Civil Procedure

    b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

    a. ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

        1. ☒ Papers were served on *(date)*: January 30, 2008 at *(time)*: 12:20 p.m.

    b. ☐ By **Substituted service**. By leaving copies:

        1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2. ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3. ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____

        4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

        5. ☐ **papers were mailed** on (date): _____

        6. ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

c. ☐ **Mail and acknowledgment of service**. By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint)**.

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service)**.

f. ☐ **Service on a foreign corporation**. In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service**. By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served: Pat Myles

   Title of person served: Legal Assistant

   Date and time of service: *(date):* January 30, 2008 ___ at *(time):* 12:20 p.m.

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Mauricio Gomez
   Now Legal Service
   1301 West 2nd Street, Suite 206
   Los Angeles, CA 90026
   (213) 482-1567
   Registered L.A. County #5426

   a. Fee for service: $ 39.50

   b. ☐ Not a registered California process server

   c. ☐ Exempt from registration under B&P 22350(b)

   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 5, 2008

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CONTINUATION OF DOCUMENTS SERVED

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF

ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;

NOTICE TO COUNSEL;CIVIL COVER SHEET; CLERKS OFFICE SERVICES

BROCHURE

```
Anish Vashistha, Esq. (#244276)
ASHERSON KLEIN & DARBINIAN
9150 Wilshire Boulevard, Suite 210
Beverly Hills, CA 90212
(310) 247-6070

Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA POLONSKY DE LITCHI <br><br> Plaintiff(s) <br><br> v. <br><br> MICHAEL CHERTOFF <br><br> Defendant(s) | CASE NUMBER: <br><br> CV 08-00584 RGK (AGRx) <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> <small>(Use separate proof of service for each person/party served)</small> |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

    a.  ☒ summons    ☒ complaint    ☐ alias summons    ☐ first amended complaint
    ☐ second amended complaint
    ☐ third amended complaint

    ☒ other *(specify)*: SEE ATTACHED LIST (Served MARK HANSON, Acting Director, Freedom

2.  **Person served:**

    a.  ☒ Defendant *(name)*: of Information Act Division, United States Customs and
    b.  ☒ Other *(specify name and title or relationship to the party/business named)*:
    Border Protection (Served Pat Myles, authorized to accept service)
    c.  ☒ Address where papers were served: 300 N. Los Angeles St., #4354, Los Angeles, CA 90012

3.  **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

    a.  ☒ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  **I served** the person named in Item 2:

    a.  ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

    1.  ☒ Papers were served on *(date)*: January 30, 2008    at *(time)*: 12:20 p.m.

    b.  ☐ By **Substituted service**. By leaving copies:

    1.  ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2.  ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3.  ☐ **Papers were served on** *(date)*: _____ at *(time)*: _____

    4.  ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

    5.  ☐ **papers were mailed** on (date): _____

    6.  ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served: Pat Myles

   Title of person served: Legal Assistant

   Date and time of service: *(date)*: January 30, 2008    at *(time)*: 12:20 p.m.

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Mauricio Gomez
   Now Legal Service
   1301 West 2nd Street, Suite 206
   Los Angeles, CA 90026
   (213) 482-1567
   Registered L.A. County #5426

   a. Fee for service: $ 39.50

   b. ☐ Not a registered California process server

   c. ☐ Exempt from registration under B&P 22350(b)

   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 5, 2008

_____
*(Signature)*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                           PAGE 2

CONTINUATION OF DOCUMENTS SERVED

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF

ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;

NOTICE TO COUNSEL;CIVIL COVER SHEET; CLERKS OFFICE SERVICES

BROCHURE

```
Anish Vashistha, Esq. (#244276)
ASHERSON KLEIN & DARBINIAN
9150 Wilshire Boulevard, Suite 210
Beverly Hills, CA 90212
(310) 247-6070

Attorney for Plaintiff
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA POLONSKY DE LITCHI<br><br>Plaintiff(s)<br><br>v.<br><br>MICHAEL CHERTOFF<br><br>Defendant(s) | CASE NUMBER:<br>CV 08-00584 RGK (AGRx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons    [X] complaint    [ ] alias summons    [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify)*: SEE ATTACHED LIST (Served SHARI SUZUKI, Chief, Freedom of

2. **Person served:**

   a. [X] Defendant *(name)*: Information Act Appeals, Policy and Litigation Branch,

   b. [X] Other *(specify name and title or relationship to the party/business named)*:
   United States Customs and Border Protection (Served Pat Myles, auth. to

   c. [X] Address where papers were served: accept, 300 N. Los Angeles St., #4354, L.A., CA)

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

   a. [X] Federal Rules of Civil Procedure

   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [X] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [X] Papers were served on *(date)*: January 30, 2008    at *(time)*: 12:20 p.m.

   b. [ ] By **Substituted service**. By leaving copies:

      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____

      4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [ ] **papers were mailed** on (date): _____

      6. [ ] **due diligence**. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                PAGE 1

c. ☐ **Mail and acknowledgment of service**. By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint)**.

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently is in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service)**.

f. ☐ **Service on a foreign corporation**. In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service**. By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served: Pat Myles

Title of person served: Legal Assistant

Date and time of service: *(date)*: January 30, 2008 ____ at *(time)*: 12:20 p.m.

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

Mauricio Gomez
Now Legal Service
1301 West 2nd Street, Suite 206
Los Angeles, CA 90026
(213) 482-1567
Registered L.A. County #5426

a. Fee for service: $ 39.50

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 5, 2008

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CONTINUATION OF DOCUMENTS SERVED

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF

ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;

NOTICE TO COUNSEL;CIVIL COVER SHEET; CLERKS OFFICE SERVICES

BROCHURE

Anish Vashistha, Esq. (#244276)
ASHERSON KLEIN & DARBINIAN
9150 Wilshire Boulevard, Suite 210
Beverly Hills, CA 90212
(310) 247-6070

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA POLONSKY DE LITCHI | CASE NUMBER: |
| Plaintiff(s) | CV 08-00584 RGK (AGRx) |
| v. | |
| MICHAEL CHERTOFF | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| Defendant(s) | |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

    a.  ☒ summons    ☒ complaint    ☐ alias summons    ☐ first amended complaint
                                                          ☐ second amended complaint
                                                          ☐ third amended complaint

    ☒ other *(specify)*: SEE ATTACHED LIST

2.  **Person served:**

    a.  ☒ Defendant *(name)*: UNITED STATES DEPARTMENT OF HOMELAND SECURITY
    b.  ☒ Other *(specify name and title or relationship to the party/business named)*:
        Pat Myles, authorized to accept service of process
    c.  ☒ Address where papers were served: 300 N. Los Angeles St., #4354, Los Angeles, CA

3.  **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

    a.  ☒ Federal Rules of Civil Procedure
    b.  ☐ California Code of Civil Procedure

4.  **I served** the person named in Item 2:

    a.  ☒ By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

        1.  ☒ Papers were served on *(date)*: January 30, 2008      at *(time)*: 12:20 p.m.

    b.  ☐ By **Substituted service**. By leaving copies:

        1.  ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2.  ☐ **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3.  ☐ Papers were served on *(date)*: _____ at *(time)*: _____

        4.  ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

        5.  ☐ **papers were mailed** on (date): _____

        6.  ☐ **due diligence**. I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

c. ☐ **Mail and acknowledgment of service**. By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint)**.

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service)**.

f. ☐ **Service on a foreign corporation**. In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service**. By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

a. ☒ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served: Pat Myles

Title of person served: Legal Assistant

Date and time of service: *(date)*: January 30, 2008     at *(time)*: 12:20 p.m.

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

Mauricio Gomez
Now Legal Service
1301 West 2nd Street, Suite 206
Los Angeles, CA 90026
(213) 482-1567
Registered L.A. County #5426

a. Fee for service: $ 39.50

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 5, 2008

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                               PAGE 2

CONTINUATION OF DOCUMENTS SERVED

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF

ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY;

NOTICE TO COUNSEL;CIVIL COVER SHEET; CLERKS OFFICE SERVICES

BROCHURE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>PROOF OF SERVICE BY UNITED STATES MAIL</u>

I, the undersigned, say: my business address is 9150 Wilshire Blvd., Suite 210, Beverly Hills, California, 90212; I am over the age of eighteen years; I am not a party to the above-entitled action; and at the time of service I was employed by Asherson, Klein & Darbinian.  If this Proof of Service conflicts with or is different from a Proof of Service previously filed, then this Proof of Service corrects or amends that previously filed Proof of Service.

On January 29, 2008, I served document(s) described as: "SUMMONS; COMPLAINT FOR RELIEF AND EXHIBITS A-W IN SUPPORT THERETO; NOTICE OF INTERESTED PARTIES; AND CIVIL CASE COVER SHEET," and on January 30, 2008, I served the document(s) described as: "SUMMONS; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; AND OPTICAL SCANNING ENROLLMENT/UPDATE FORM" on the interested party(ies) in this action as follows:

I enclosed a true and correct copy of the documents described herein in a sealed envelope, with postage thereon fully prepaid, and I deposited said envelope in the United States Mail, in Los Angeles County, California and I caused each such envelope, with a certificate of mailing and return receipt requested and priority-class postage thereon to be deposited in a recognized place of deposit of the United States Mail for collection and mailing to the office of the addressees shown on the attached "Service List" on January 29, 2008 and January 30, 2008, respectively, following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was EXECUTED on January 30, 2008 at Beverly Hills, California.

_____

Anish Vashistha, Declarant

-30-

1
2

## SERVICE LIST
## (ATTACHMENT TO - PROOF OF SERVICE BY UNITED STATES MAIL)

3
4
5
6

The United States Attorney's Office
Civil Division
Room 7516, Federal Building
300 N. Los Angeles Street
Los Angeles, CA 90012

7
8
9
10

Michael Chertoff
Secretary, Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

11
12
13
14

Michael B. Mukasey
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

15
16
17
18

Emilio T. Gonzalez
Director, U.S.C.I.S.
20 Massachusetts Ave, NW, Rm. 402
Washington, DC 20536

19
20
21

W. Ralph Basham, Commissioner
United States Customs and Border Protection
1300 Pennsylvania Ave., NW
Washington, DC 20229

22
23
24
25

Magda S. Ortiz, Director, Freedom of Information Act/ Privacy Act Branch
United States Citizenship and Immigration Services
111 Massachusetts Ave., N.W., 4th Floor, ULLICO Building
Washington, DC 20529

26
27
28

T. Diane Cejka, National Records Center Director
United States Citizenship and Immigration Services
150 Space Center Loop, Suite 300
Lee's Summit, MO 64064-8010

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mark Hanson, Acting Director, Freedom of Information Act Division
United States Customs and Border Protection, Office of International Trade
1300 Pennsylvania Ave., NW
Washington, DC 20229

Shari Suzuki, Chief, FOIA Appeals, Policy and Litigation Branch
United States Customs and Border Protection, Office of International Trade
1300 Pennsylvania Ave., NW
Washington, DC 20229