1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ALARICE M. MEDRANO
4  Assistant United States Attorney
   California State Bar #166730
5  DEBORAH E. YIM
   Assistant United States Attorney
6  California State Bar #217400
        Room 7516, Federal Building
7       300 North Los Angeles Street
        Los Angeles, California 90012
8       Telephone: (213) 894-0460
                   (213) 894-2447
9       Facsimile: (213) 894-7819
        E-mail: alarice.medrano@usdoj.gov
10              deborah.yim@usdoj.gov

11 Attorney for Federal Defendants, Michael
   Chertoff, et al.
12

13                UNITED STATES DISTRICT COURT

14           FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                      WESTERN DIVISION

| | |
|---|---|
| 16  BELINDA POLONSKY DE LITICHI, | CV 08-00584 RGK (AGRx) |
| 17       Plaintiff, | |
| 18       v. | JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT |
| 19  MICHAEL CHERTOFF, Secretary, USDHS; MICHAEL B. MUKASEY, | |
| 20  Attorney General of the U.S.; EMILIO T. GONZALEZ, Director, USCIS; W. | [Local Rule 8-3] |
| 21  RALPH BASHAM, Commissioner, U.S. Customs and Border Protection; MAGDA | |
| 22  S. ORTIZ, Director, Freedom of Information Act/Privacy Act Branch; USCIS; T. DIANE | |
| 23  CEJKA, National Records Center Director, USCIS; MARK HANSON, Acting Director | |
| 24  Freedom of Information Act Division, U.S. Customs and Border Protection; SHARI | |
| 25  SUZUKI, Chief, Freedom of Information Act Appeals, Policy and Litigation Branch, | |
| 26  U.S. Customs and Border Protection; and USDHS, | |
| 27       Defendants. | |
| 28 | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their undersigned counsel, that, pursuant to Local Rule 8-3, Federal Defendants shall have a 30-day extension of time, from March 28, 2008 through and including April 27, 2008, to file a response to Plaintiff's Complaint.

This is the first continuance requested by the parties.

No dates have yet been scheduled by the Court.  No Scheduling Conference has been scheduled or held.

Good cause exists for the extension of time because the parties may be able to resolve the issues raised in the Complaint prior to April 27, 2008, and a response could be rendered moot by such resolution.

DATED: March 26, 2008                ASHERSON, KLEIN & DARBINIAN

                                                           /s/
                                      ANNA DARBINIAN
                                      Attorneys for Plaintiff

DATED: March 26, 2008                THOMAS P. O'BRIEN
                                      United States Attorney
                                      LEON W. WEIDMAN
                                      Assistant United States Attorney
                                      Chief, Civil Division

                                                           /s/
                                      DEBORAH E. YIM
                                      Assistant United States Attorney
                                      Attorneys for Federal Defendants