1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ALARICE M. MEDRANO
4  Assistant United States Attorney
   California State Bar #166730
5  DEBORAH E. YIM
   Assistant United States Attorney
6  California State Bar #217400
         Room 7516, Federal Building
7        300 North Los Angeles Street
         Los Angeles, California 90012
8        Telephone: (213) 894-0460
                    (213) 894-2447
9        Facsimile: (213) 894-7819
         E-mail: alarice.medrano@usdoj.gov
10               deborah.yim@usdoj.gov

11 Attorney for Federal Defendants, Michael
   Chertoff, et al.
12

13              UNITED STATES DISTRICT COURT

14          FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                     WESTERN DIVISION

| | |
|---|---|
| 16  BELINDA POLONSKY DE LITICHI, | CV 08-00584 RGK (AGRx) |
| 17         Plaintiff, | |
| 18         v. | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER VENUE** |
| 19  MICHAEL CHERTOFF, Secretary, USDHS; MICHAEL B. MUKASEY, Attorney General of the U.S.; EMILIO T. GONZÁLEZ, Director, USCIS; W. RALPH BASHAM, Commissioner, U.S. Customs and Border Protection; MAGDA S. ORTIZ, Director, Freedom of Information Act/Privacy Act Branch; USCIS; T. DIANE CEJKA, National Records Center Director, USCIS; MARK HANSON, Acting Director Freedom of Information Act Division, U.S. Customs and Border Protection; SHARI SUZUKI, Chief, Freedom of Information Act Appeals, Policy and Litigation Branch, U.S. Customs and Border Protection; and USDHS, | Date:   June 9, 2008<br>Time:   9:00 a.m.<br>Courtroom: 850 |
| 27         Defendants. | |

## I. INTRODUCTION AND BACKGROUND

Plaintiff Belinda Polonsky De Litchi ("Plaintiff") filed a Complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, against the Department of Homeland Security ("DHS"), U.S. Customs and Border Protection ("CBP") and U.S. Citizenship and Immigration Services ("USCIS"), and numerous federal employees thereof. The Complaint alleges that Plaintiff (a citizen of Mexico and Class B1/B2 non-immigrant visa holder) was unnecessarily subjected to lengthy secondary airport inspections when she entered the United States on periodic visits.

Plaintiff allegedly sent two FOIA requests to CBP (in Washington, D.C.) and one FOIA request to USCIS (in Lee's Summit, Missouri) seeking information regarding the secondary inspections. The agencies responded to these FOIA requests; however, Plaintiff was dissatisfied with the ultimate document production and is now requesting that the Court order the agencies, pursuant to the FOIA, to produce additional documents. In addition to the FOIA claim, Plaintiff has also asserted a claim for violation of the Immigration and Nationality Act and for injunctive relief. The latter claims are based completely on Federal Defendants' alleged violation of the FOIA.

This action, however, cannot proceed in this district, because venue is improper here. The FOIA contains a specific venue statute (5 U.S.C. § 552(a)(4)(B)) which states that venue in FOIA actions is proper only: (1) where the plaintiff resides or has his principal place of business; (2) where agency records are situated; or (3) in the District of Columbia. As discussed further below, Plaintiff has established no connection to California, other than the fact that her lawyers are located in California. Venue appears to lie more appropriately in the District of Columbia, because the CPB's documents are located there, and because that is the presumed, correct venue for FOIA purposes. Consequently, this action should be

1  dismissed for improper venue, pursuant to Rule 12(b)(3) of the Federal Rules of
2  Civil Procedure, or alternatively, transferred to the District of Columbia or a more
3  appropriate venue, pursuant to 28 U.S.C. § 1406(a).

**II.   VENUE IS IMPROPER IN THIS DISTRICT.**

Where venue is improper, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). Federal Rule of Civil Procedure 12(b)(3) further authorizes the dismissal of cases for "improper venue."

Venue for FOIA purposes is proper only "in the district in which the complainant resides or has his principal place of business, or in which the agency records are situated, or in the District of Columbia." 5 U.S.C. § 552(a)(4)(B); *see Schwarz v. Internal Revenue Serv.*, 998 F. Supp. 201, 203 (N.D.N.Y. 1998) (holding that the District of Columbia was the proper forum because the plaintiff lived in a different district than where she filed and because she sent a request for records to the agency's headquarters in D.C.); *Unigard Ins. Co. v. Dep't of Treasury*, 997 F. Supp. 1339, 1342 (S.D. Cal. 1997).

Here, the Complaint indicates that Plaintiff is a "national and citizen of Mexico and a holder of a valid Class B1/B2 [non-immigrant] visa to the United States." (Complaint ¶ 9.) Nowhere in the Complaint, however, does Plaintiff identify her connection to California, let alone the connection required by the FOIA pursuant to 5 U.S.C. § 552(a)(4)(B). Plaintiff has not established that she has a residence or principal place of business in California, where this action has been filed. She also does not allege that the agency records are located in California. In fact, there appears to be no California connection other than that her lawyers are located in California.

According to exhibits attached to the Complaint, Plaintiff's FOIA requests were allegedly sent to CBP and USCIS offices in Washington, D.C. and Lee's Summit, Missouri, respectively. Responsive documents were located by CBP in

Washington, D.C. and sent to Plaintiff. USCIS in Missouri located no responsive documents and so advised Plaintiff. (See Ex. J, K, N, S, T, and U, attached to Complaint.)

Based on the above, it appears that the appropriate venue for this FOIA action is the District of Columbia and not the Central District of California. Plaintiff neither resides in nor has a principal place of business in California. Accordingly, § 552(a)(4)(B) states that FOIA venue should lie where the agency records are located <u>or</u> in the District of Columbia. Plaintiff does not allege that any FOIA requests were made to agencies in this district or that any responsive documents are located in California. Instead, any responsive records appear to be located either in the District of Columbia (for CBP documents) or Missouri (for USCIS documents). Since CBP has already produced documents from the District of Columbia and the FOIA venue statute indicates that venue is presumed to be proper there, D.C. would be the appropriate forum for this action. There is certainly no basis for venue to lie in the Central District of California. Therefore, this Court should either dismiss this case for improper venue or transfer it to the District of Columbia.

## III. CONCLUSION

Based on the foregoing, this matter should be dismissed for improper venue pursuant to Rule 12(b)(3), or alternatively, transferred to the District of Columbia or other more appropriate venue pursuant to 28 U.S.C. § 1406(a).

DATED: April 25, 2008

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

   /s/
DEBORAH E. YIM
Assistant United States Attorney
Attorneys for Federal Defendants

## PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On April 25, 2008, I served **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER VENUE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: April 25, 2008. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

Neville Asherson, Esq.
ASHERSON, KLEIN, & DARBINIAN
9150 Wilshire Boulevard, Suite 210
Beverly Hills, California 90212

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: April 25, 2008 at Los Angeles, California.

/s/
Janice M. Johnson

1 THOMAS P. O'BRIEN
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
ALARICE M. MEDRANO
4 Assistant United States Attorney
California State Bar #166730
5 DEBORAH E. YIM
Assistant United States Attorney
6 California State Bar #217400
    Room 7516, Federal Building
7     300 North Los Angeles Street
    Los Angeles, California 90012
8     Telephone: (213) 894-0460
               (213) 894-2447
9     Facsimile: (213) 894-7819
    E-mail: alarice.medrano@usdoj.gov
10              deborah.yim@usdoj.gov

11 Attorney for Federal Defendants, Michael Chertoff, et al.

12

13 UNITED STATES DISTRICT COURT

14 FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 WESTERN DIVISION

| | |
|---|---|
| BELINDA POLONSKY DE LITICHI, | CV 08-00584 RGK (AGRx) |
|     Plaintiff, | |
|     v. | **[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE** |
| MICHAEL CHERTOFF, Secretary, USDHS; MICHAEL B. MUKASEY, Attorney General of the U.S.; EMILIO T. GONZALEZ, Director, USCIS; W. RALPH BASHAM, Commissioner, U.S. Customs and Border Protection; MAGDA S. ORTIZ, Director, Freedom of Information Act/Privacy Act Branch; USCIS; T. DIANE CEJKA, National Records Center Director, USCIS; MARK HANSON, Acting Director Freedom of Information Act Division, U.S. Customs and Border Protection; SHARI SUZUKI, Chief, Freedom of Information Act Appeals, Policy and Litigation Branch, U.S. Customs and Border Protection; and USDHS, | Date:       June 9, 2008<br>Time:      9:00 a.m.<br>Courtroom: 850 |
|     Defendants. | |

1  The Court has considered Federal Defendants' Motion to Dismiss the
2  Complaint, along with all supporting and opposition papers, and good cause
3  appearing therefore, the Complaint is hereby dismissed without prejudice, pursuant
4  to Rule 12(b)(3).
5      IT IS SO ORDERED.

7  Dated: _____
                                    The Honorable R. Gary Klausner

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY MAILING** |
| 2 | I am over the age of 18 and not a party to the within action. I am employed |
| 3 | by the Office of United States Attorney, Central District of California. My |
| 4 | business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, |
| 5 | California 90012. |
| 6 | On April 25, 2008, I served **[PROPOSED] ORDER GRANTING** |
| 7 | **FEDERAL DEFENDANTS' MOTION TO DISMISS FOR IMPROPER** |
| 8 | **VENUE** on each person or entity named below by enclosing a copy in an envelope |
| 9 | addressed as shown below and placing the envelope for collection and mailing on |
| 10 | the date and at the place shown below following our ordinary office practices. I |
| 11 | am readily familiar with the practice of this office for collection and processing |
| 12 | correspondence for mailing. On the same day that correspondence is placed for |
| 13 | collection and mailing, it is deposited in the ordinary course of business with the |
| 14 | United States Postal Service in a sealed envelope with postage fully prepaid. |
| 15 | Date of mailing: April 25, 2008. Place of mailing: Los Angeles, California. |
| 16 | **Person(s) and/or Entity(ies) to Whom mailed:** |
| 17 | Neville Asherson, Esq. |
| 18 | ASHERSON, KLEIN, & DARBINIAN |
| | 9150 Wilshire Boulevard, Suite 210 |
| 19 | Beverly Hills, California 90212 |
| 20 | I declare under penalty of perjury under the laws of the United States of |
| 21 | America that the foregoing is true and correct. |
| 22 | I declare that I am employed in the office of a member of the bar of this |
| 23 | court at whose direction the service was made. |
| 24 | Executed on: April 25, 2008 at Los Angeles, California. |
| 25 | /s/ |
| 26 | Janice M. Johnson |
| 27 | |
| 28 | |