1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ALARICE M. MEDRANO
4  Assistant United States Attorney
   California State Bar #166730
5  DEBORAH E. YIM
   Assistant United States Attorney
6  California State Bar #217400
        Room 7516, Federal Building
7       300 North Los Angeles Street
        Los Angeles, California 90012
8       Telephone: (213) 894-0460
                   (213) 894-2447
9       Facsimile: (213) 894-7819
        E-mail: alarice.medrano@usdoj.gov
10              deborah.yim@usdoj.gov

11 Attorney for Federal Defendants, Michael
   Chertoff, et al.

12

13                UNITED STATES DISTRICT COURT

14             FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                       WESTERN DIVISION

| | |
|---|---|
| BELINDA POLONSKY DE LITICHI, | CV 08-00584 RGK (AGRx) |
| Plaintiff, | |
| v. | **FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION OF TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER VENUE** |
| MICHAEL CHERTOFF, Secretary, USDHS; MICHAEL B. MUKASEY, Attorney General of the U.S.; EMILIO T. GONZÁLEZ, Director, USCIS; W. RALPH BASHAM, Commissioner, U.S. Customs and Border Protection; MAGDA S. ORTIZ, Director, Freedom of Information Act/Privacy Act Branch; USCIS; T. DIANE CEJKA, National Records Center Director, USCIS; MARK HANSON, Acting Director Freedom of Information Act Division, U.S. Customs and Border Protection; SHARI SUZUKI, Chief, Freedom of Information Act Appeals, Policy and Litigation Branch, U.S. Customs and Border Protection; and USDHS, | Date:       June 9, 2008<br>Time:       9:00 a.m.<br>Courtroom: 850 |
| Defendants. | |

1     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2     PLEASE TAKE NOTICE that at 9:00 a.m. on June 9, 2008, in Courtroom 850 of the Honorable R. Gary Klausner, at the United States Courthouse, Roybal Federal Building, 255 E. Temple Street, California, Federal Defendants Michael Chertoff, et al. ("Federal Defendants") will, and hereby do, move this Court for an order dismissing the action herein for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3), or alternatively, transferring the action to the District of Columbia pursuant to 28 U.S.C. § 1406(a). The Motion is made on the grounds that pursuant to 5 U.S.C. § 552(a)(4)(B) (the statute governing Freedom of Information Act cases such as this) venue is not proper in this district.

    The Motion is based upon this Notice of Motion and Motion; the Memorandum of Points and Authorities, and Proposed Order of Dismissal filed concurrently herewith; the pleadings and other documents on file in this action; and such other and further oral and documentary evidence as may be considered by the Court at or before the hearing on this matter.

    This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 19, 2008.

DATED: April 25, 2008

                                          THOMAS P. O'BRIEN  
                                          United States Attorney  
                                          LEON W. WEIDMAN  
                                          Assistant United States Attorney  
                                          Chief, Civil Division

                                          /s/  
                                          DEBORAH E. YIM  
                                          Assistant United States Attorney  
                                          Attorneys for Federal Defendants

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On April 25, 2008, I served **FEDERAL DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER VENUE** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: April 25, 2008. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(ies) to Whom mailed:**

Neville Asherson, Esq.
ASHERSON, KLEIN, & DARBINIAN
9150 Wilshire Boulevard, Suite 210
Beverly Hills, California 90212

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: April 25, 2008 at Los Angeles, California.

/s/
Janice M. Johnson