UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-00584-RGK (AGRx) | Date | June 4, 2008 |
|---|---|---|---|
| Title | Brenda Polonsky De Litichi v. Michael Chertoff | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Federal Defendants' Motion to Dismiss for Improper Venue or in the Alternative, to Transfer Venue (DE 7)

    The Court hereby advises counsel that the above-referenced motion set for hearing on June 9, 2008 at 9:00 a.m. is **UNDER SUBMISSION** and taken off the motion calendar. Furthermore, **no appearance by counsel is necessary** and the Court will issue ruling after full consideration of the submitted pleadings.

    **IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | | slw |