

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(909) 328-4450

Re:    Transfer of our Civil Case No. _____

       Case Title: _____

Dear Sir/Madam:

An order having been made transferring the above-numbered case , please acknowledge
receipt of same and indicate below the case number you have assigned
to this matter on the enclosed copy of this letter and return it to our office.
Thank you for your cooperation.

                                               Very truly yours,

                                               Clerk, U.S. District Court


                                               By Madelina Guerrero, Deputy Clerk

cc:    All counsel of record

================ **TO BE COMPLETED BY RECEIVING DISTRICT** ================

Receipt is acknowledged of the documents described herein and we have assigned this matter case
number CV: _____.

                               _____ Clerk, U.S. District Court


                                               By
                                                   Deputy Clerk


CV-22 (01/01)                    **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**