# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08–cv–00584–RGK–AGR

| | |
|---|---|
| Belinda Polonsky De Litchi v. Michael Chertoff et al | Date Filed: 01/29/2008 |
| Assigned to: Judge R. Gary Klausner | Date Terminated: 06/11/2008 |
| Referred to: Magistrate Judge Alicia G. Rosenberg | Jury Demand: None |
| Cause: 05:552 Freedom of Information Act | Nature of Suit: 895 Freedom of Information Act |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Belinda Polonsky De Litchi**　　　represented by　**Anish Vashistha**
Asherson Klein and Darbinian
9150 Wilshire Boulevard Suite 210
Beverly Hills, CA 90212
310–247–6070
Email: anish@asherson.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anna A Darbinian**
Asherson Klein &Darbinian
9150 Wilshire Boulevard Suite 210
Beverly Hills, CA 90212
310–247–6070
Email: ad@asherson.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leon Ben Hazany**
Asherson Klein &Darbinian
9150 Wilshire Boulevard Suite 210
Beverly Hills, CA 90212
310–247–6070
Email: leonhazany@asherson.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neville Asherson**
Asherson Klein &Darbinian
9150 Wilshire Boulevard Suite 210
Beverly Hills, CA 90212
310–247–6070
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael Chertoff**
*Secretary, United States Department of Homeland Security*

represented by **Deborah E Yim**
AUSA – Office of US Attorney
300 North Los Angeles, Suite 7516
Los Angeles, CA 90012
213–894–2447
Email: USACAC.Civil@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael B. Mukasey**
*Attorney General of the United States*

represented by **Deborah E Yim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Emilio T. Gonzalez**
*Director, United States Citizenship and Immigration Services*

represented by **Deborah E Yim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**W Ralph Basham**
*Commissioner, United States Customs and Border Protection*

represented by **Deborah E Yim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Magda S Ortiz**
*Director, Freedom of Information Act/Privacy Act Branch, United States Citizenship and Immigration Services*

represented by **Deborah E Yim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**T Diane Cejka**
*National Records Center Director, United States Citizenship and Immigration Services*

represented by **Deborah E Yim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Hanson**
*Acting Director, Freedom of Information Act Division, United States Customs and Border Protection*

represented by **Deborah E Yim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shari Suzuki**
*Chief, Freedom of Information Act Appeals, Policy and Litigation Branch, United States Customs and Border Protection*

represented by **Deborah E Yim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of Homeland Security**   represented by   **Deborah E Yim**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 01/29/2008 | Ï 1 | COMPLAINT FOR RELIEF AND EXHIBITS A–W IN SUPPORT against Defendants W Ralph Basham, Magda S Ortiz, T Diane Cejka, Mark Hanson, Shari Suzuki, United States Department of Homeland Security, Michael Chertoff, Michael B. Mukasey, Emilio T. Gonzalez. (Filing fee $ 350 PAID.), filed by Plaintiff Belinda Polonsky De Litchi. (et) Additional attachment(s) added on 2/4/2008 (lra, ). (Entered: 02/02/2008) |
| 01/29/2008 | Ï | 60 DAY Summons Issued re Complaint – (Discovery) 1 as to Defendants W Ralph Basham, Magda S Ortiz, T Diane Cejka, Mark Hanson, Shari Suzuki, United States Department of Homeland Security, Michael Chertoff, Michael B. Mukasey, Emilio T. Gonzalez. (et) (Entered: 02/02/2008) |
| 01/29/2008 | Ï 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Belinda Polonsky De Litchi. (et) Additional attachment(s) added on 2/4/2008 (lra, ). (Entered: 02/02/2008) |
| 01/29/2008 | Ï | FAX number for Attorney Neville Asherson, Anna A Darbinian, Leon Ben Hazany, Anish Vashistha is 310–278–8454. (et) (Entered: 02/02/2008) |
| 02/07/2008 | Ï 3 | STANDING ORDER REGARDING NEWLY ASSIGNED CASES by Judge R. Gary Klausner. (sw) (Entered: 02/07/2008) |
| 02/07/2008 | Ï 4 | PROOF OF SERVICE ExecutedW Ralph Basham served on 1/30/2008, answer due 3/30/2008; Magda S Ortiz served on 1/30/2008, answer due 3/30/2008; T Diane Cejka served on 1/30/2008, answer due 3/30/2008; Mark Hanson served on 1/30/2008, answer due 3/30/2008; Shari Suzuki served on 1/30/2008, answer due 3/30/2008; United States Department of Homeland Security served on 1/30/2008, answer due 3/30/2008; Michael Chertoff served on 1/30/2008, answer due 3/30/2008; Michael B. Mukasey served on 1/30/2008, answer due 3/30/2008; Emilio T. Gonzalez served on 1/30/2008, answer due 3/30/2008. The Summons and Complaint were served by Personally and By Mail, by Federal statute. Service accepted by Pat Myles on behalf of U.S. Attorneys Office. Original Summons not returned. (Hazany, Leon) (Entered: 02/07/2008) |
| 03/27/2008 | Ï 5 | FIRST STIPULATION Extending Time to Answer the complaint as to W Ralph Basham answer now due 4/27/2008; Magda S Ortiz answer now due 4/27/2008; T Diane Cejka answer now due 4/27/2008; Mark Hanson answer now due 4/27/2008; Shari Suzuki answer now due 4/27/2008; United States Department of Homeland Security answer now due 4/27/2008; Michael Chertoff answer now due 4/27/2008; Michael B. Mukasey answer now due 4/27/2008; Emilio T. Gonzalez answer now due 4/27/2008, filed by Defendants W Ralph Basham; Magda S Ortiz; T Diane Cejka; Mark Hanson; Shari Suzuki; United States Department of Homeland Security; Michael Chertoff; Michael B. Mukasey; Emilio T. Gonzalez.(Yim, Deborah) (Entered: 03/27/2008) |
| 04/25/2008 | Ï 6 | MEMORANDUM in Support *of Federal Defendants' Motion to Dismiss for Improper Venue, or in the Alternative to Transfer Venue* filed by Defendants W Ralph Basham, Magda S Ortiz, T Diane Cejka, Mark Hanson, Shari Suzuki, United States Department of Homeland Security, Michael Chertoff, Michael B. Mukasey, Emilio T. Gonzalez. (Attachments: # 1 Proof of Service# 2 Proposed Order # 3 Proof of Service)(Yim, Deborah) (Entered: 04/25/2008) |
| 04/25/2008 | Ï 7 | NOTICE of Motion and Motion to Dismiss for Improper Venue, or in the Alternative to Transfer Venue filed by Defendants W Ralph Basham, Magda S Ortiz, T Diane Cejka, Mark Hanson, |

| | | |
|---|---|---|
| | | Shari Suzuki, United States Department of Homeland Security, Michael Chertoff, Michael B. Mukasey, Emilio T. Gonzalez. (Attachments: # 1 Proof of Service)(Yim, Deborah) (Entered: 04/25/2008) |
| 05/23/2008 | Ï 8 | OPPOSITION *TO FEDERAL DEFENDANTS MOTION TO DISMISS FOR IMPROPER VENUE, OR IN THE ALTERNATIVE, TO TRANSFER VENUE* filed by Plaintiff Belinda Polonsky De Litchi. (Attachments: # 1 Declaration Declaration of Plaintiff Belinda Polonsky de Litchi)(Hazany, Leon) (Entered: 05/23/2008) |
| 06/02/2008 | Ï 9 | REPLY In Support of *Federal Defendants' Motion to Dismiss for Improper Venue, or in the Alternative, to Transfer Venue* filed by Defendants W Ralph Basham, Magda S Ortiz, T Diane Cejka, Mark Hanson, Shari Suzuki, United States Department of Homeland Security, Michael Chertoff, Michael B. Mukasey, Emilio T. Gonzalez. (Attachments: # 1 Declaration of Shari Suzuki, # 2 Declaration of Eric N. Banks, # 3 Proof of Service to Neville Asherson, Esq.)(Yim, Deborah) (Entered: 06/02/2008) |
| 06/04/2008 | Ï 10 | MINUTES OF IN CHAMBERS ORDER before Judge R. Gary Klausner. Federal defendants' Motion to Dismiss 7 set for hearing on June 9, 2008 at 9:00 a.m. is UNDER SUBMISSION and taken off the motion calendar. Furthermore, no appearance by counsel is necessary and the Court will issue ruling after full consideration of the submitted pleadings. (sw) (Entered: 06/04/2008) |
| 06/11/2008 | Ï 11 | MINUTES (IN CHAMBERS) by Judge R. Gary Klausner: Proceedings: Defendant's Motion to Dismiss for Improper Venue, or in the Alternative, to Transfer Venue 7 . Defendant's motion is granted and Plaintiff's complaint is transferred to the District of Columbia. (Made JS−6. Case Terminated.) (mg) (Entered: 06/12/2008) |
| 06/12/2008 | Ï 12 | TRANSMITTAL LETTER. Case transferred to USDC District of Columbia. (mg) (mg). (Entered: 06/12/2008) |
| 06/12/2008 | Ï 13 | NOTICE OF CLERICAL ERROR: Due to clerical error the PDF image was not attached to the Transmittal Letter 12 when originally docketed. (Attachments: # 1 Letter) (mg) (Entered: 06/12/2008) |