UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BELINDA POLONSKY DE LITCHI,**  )<br>  )<br>      **Plaintiff,**                                  )<br>  )<br>      v.                                              )<br>  )<br>**MICHAEL CHERTOFF, Secretary of the** )<br>**Department of Homeland Security,** *et al.*,  )<br>  )<br>      **Defendants.**                           )<br>_____  ) | Civil Action No. 08-1078 (JR) |

**CONSENT MOTION TO EXTEND TIME *NUNC PRO TUNC* FOR
DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants hereby move for a 30-day extension of time *nunc pro tunc* to respond to Plaintiff's Complaint. Specifically, Defendants request that the Court grant them until September 21, 2008 to respond to the Complaint. Plaintiff's counsel consents to this extension. Good cause exists for the Court to grant this extension. In support of this motion, Defendants state as follows:

   1. The Complaint in this matter was originally filed in the United States District Court for the Central District of California. The Complaint asserts claims under the Freedom of Information Act and the Immigration and Nationality Act. Specifically, the plaintiff, who resides in Mexico, alleges that every time she travels to the United States she is detained by a United States Border Protection officer. The plaintiff seeks documents from various agencies of the United States regarding her immigration status in an effort to understand why she is detained when she tries to legally enter the country.

    2. On June 11, 2008, the United States District Court for the Central District of California transferred this case to this Court. On July 7, 2008, this Court ordered that the

defendants file an answer no later than August 7, 2008.

    3. When the case was transferred to this jurisdiction, responsibility for handling the case on behalf of the defendants would likely have been transferred to the United States Attorney's Office for the District of Columbia. Although the case files from the United States Attorney's Office for the Central District of California apparently were sent to the United States Attorney's Office for the District of Columbia, we are currently unable to locate these files (or any other records of the case) and, until today, were unaware that the due date for defendants' response to the complaint had passed.[1] The defendants respectfully request that the Court grant them until September 21, 2008 to respond to the Complaint so that they have time to prepare their respective responses.

    4. During their meet-and-confer session regarding this motion, counsel for the plaintiff raised the prospect of resolving this case without further Court intervention. The Court should also grant the defendants' request for an extension so that the parties may determine if they can resolve this matter without further Court intervention.

    5. This is Defendant's first request for an extension.

    6. Plaintiff will not be prejudiced by the modest extension sought in this motion. Indeed, she consents to this extension.

    A proposed order is submitted herewith.

---

[1] The attorney in this office who would most likely have received the file is currently on vacation. Therefore, undersigned counsel is not currently in a position to state definitively why our office failed to respond to the Court's July 7 order in a timely manner.

Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-5309

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BELINDA POLONSKY DE LITCHI,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MICHAEL CHERTOFF, Secretary of the**) <br> **Department of Homeland Security,** *et al.*, ) <br> ) <br> **Defendants.** ) <br> ) | Civil Action No. 08-1078 (JR) |

**PROPOSED ORDER**

Upon consideration of Defendants' motion to extend time to respond to Plaintiff's Complaint, it is hereby

ORDERED that the motion is GRANTED *nunc pro tunc*.

IT IS FURTHER ORDERED that Defendant shall respond to Plaintiff's Complaint by September 21, 2008.

SO ORDERED.


Date: _____                                  _____
                                                      United States District Judge